UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

PLAISE E. SPANGLER,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　No. 1:21-CV-00240-JRG-SKL
　　　　　　　　　　　　　　　　　)
JACKIE MELTON et al.,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　 )

## JUDGMENT ORDER

For the reasons expressed in the memorandum and order filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in its memorandum and order that any appeal taken from this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

　　　　　　　　　　　　　　　　　　　　　s/J. RONNIE GREER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

　　s/ *LeAnna R. Wilson*
　　District Court Clerk